```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 09-81491-CIV-MARRA
                              MAGISTRATE JUDGE P.A. WHITE
```

PAUL EDWARD SANDERS, JR.,      :

    Plaintiff,             :     <u>REPORT OF</u>
                                  <u>MAGISTRATE JUDGE</u>
v.                             :

MS. MIDDLEBROOKS,              :

    Defendant.
_____ :

    Paul Edward Sanders, Jr. has filed a document styled "Notice of Intent to Sue." It is not clear whether Sanders has intended to file a civil action in this Court.

    In deference to the plaintiff's <u>pro se</u> status, it was determined that the plaintiff should have the opportunity to inform the Court whether he intended to file a federal civil action. If so, he must file an amended complaint which clearly sets forth his claims and request for relief, explaining how his constitutional rights were allegedly violated and what injury he suffered as a result. He was permitted to file an amended complaint on or before November 20, 2009. The plaintiff was cautioned that failure to file the required amended complaint may result in dismissal of the case, without prejudice.

    The plaintiff has failed to comply with this Court's Order and is no longer pursuing this case. It is therefore recommended that this complaint be dismissed without prejudice for lack of prosecution and the case be closed.

Dated at Miami, Florida this 1st day of December, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Paul Edward Sanders, Jr., <u>Pro Se</u>
    Turning Point Bridges Work Release Center
    Address of record