UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 09-81491-CIV-MARRA/WHITE

PAUL EDWARD SANDERS, JR.,

    Plaintiff,

v.

MS. MIDDLEBROOKS,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon the Report of Magistrate Judge, filed December 1, 2009. (DE 4).  The Court has reviewed the record de novo, considering the pro se "Notice of Intent to Sue," the Report of the Magistrate Judge, and the entire record.  For the reasons stated in Magistrate Judge White's Report, and upon independent review, noting that no objections have been filed, it is

    **ORDERED AND ADJUDGED** as follows:

1.    The Magistrate Judge's Report (DE 4) is hereby **ADOPTED**.

2.    Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE** for lack of prosecution.

3.    The Clerk shall **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 4th day of January, 2010.

Copies to:  
Magistrate Judge Patrick A. White

all counsel of record

KENNETH A. MARRA  
United States District Judge

Paul E. Sanders, *pro se*
HO6968
Turning Point Bridges Work Release Center
400 S.W. 2nd Street
Room C1104-6
Pompano Beach, FL 33060